**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RASHETA BUNTING, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

        - against -

THERAPIE MEDICAL (US) INC.,

                Defendants.
-----------------------------------------------------------X

Case No.   1:25-cv-193-NRM-PK

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Therapie Medical (US) Inc.

Dated: Scarsdale, New York
       April 15, 2025

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                             By: */s/Dan Shaked*
                                Dan Shaked, Esq.
                                14 Harwood Court, Suite 415
                                Scarsdale, NY 10583
                                Tel. (917) 373-9128
                                e-mail: ShakedLawGroup@Gmail.com